**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROBERT CLARK,                                 *
*Reg#09895-035*                               *
                                              *
       Petitioner,                        *
                                              *
vs.                                           *          No. 2:11-cv-00121-JJV
                                              *
                                              *
T.C. OUTLAW*,*                                *
*Warden, FCI - Forrest City*

       Respondent.

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 3rd day of April, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE