**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROBERT W. CLARK, Reg. No. 09895-035   *
                                      *

                Petitioner,     *

v.                                    *

                                *     No. 2:11-cv-00121-JJV

T.C. OUTLAW, *Warden, FCI - Forrest City*  *

               Respondent.    *
                                        *

**<u>ORDER</u>**

      Mr. Clark has filed an Objection to the Court's Order dismissing his Petition for Writ of Habeas Corpus, which the Clerk of Court has docketed as a Motion to Clarify.  (Doc. No. 21.)  He seeks the Court to render an opinion on the merits of his Petition.  (*Id.* at p. 2.)   This Court concluded that Petitioner's challenge was a matter for the United States District Court for the Western District of Louisiana.  Accordingly, Mr. Clark's Motion (Doc. No. 21) is DENIED and all questions should be directed to the Western District of Louisiana through a properly filed Petition for Writ of Habeas Corpus.

      SO ORDERED this <u>24th</u> day of April, 2012.

                                    _____
                                    JOE J. VOLPE
                                    UNITED STATES MAGISTRATE JUDGE